

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2013

No. 04-13-00692-CV

**IN RE ARCHER DIRECTIONAL DRILLING SERVICES LLC**

Original Mandamus Proceedings[1]

**ORDER**

This court's opinion and order dated November 20, 2013 are WITHDRAWN. The motion for rehearing filed on behalf of the real party in interest on December 5, 2013 is DENIED.

On October 7, 2013, relator Archer Directional Drilling Services LLC filed its petition for writ of mandamus and motion for emergency stay. The court has considered relator's petition, the response filed on behalf of the real party in interest and relator's reply, and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The emergency stay previously ordered by this court on October 9, 2013 is LIFTED. The Honorable Amado Abascal III is ORDERED to (1) vacate the September 30, 2013 Order Denying Defendant's Plea in Abatement, and (2) enter an order abating all proceedings pending final disposition of the Harris County suit. The writ will issue only if we are notified that Judge Abascal has not complied within ten days of the date of this order.

It is so **ORDERED** on December 20, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 20th day of December, 2013.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 12-12-11873-DCVAJA, styled *JB Oil & Gas Well Service, Inc. v. Archer Directional Drilling Services LLC d/b/a Archer Directional Services LLC*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal III presiding.